# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BOARD OF COUNTY COMMISSIONERS OF ATOKA COUNTY, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 5:22-cv-00747-HE |
| v. | ) |
| (1) WALMART INC., f/k/a/ WAL-MART STORES, INC., et al. | )<br>) |
| Defendants. | ) |

## JURY DEMAND

Defendants Walmart Inc. and Wal-Mart Stores East, LP hereby request a jury trial as to all issues or claims triable in this action.

DATED: August 26, 2022

                                      Respectfully submitted,

                                      *s/Amy Sherry Fischer*
                                      Larry D. Ottaway, OBA #6816
                                      Amy Sherry Fischer, OBA #16651
                                      Foliart, Huff, Ottaway, & Bottom
                                      201 Robert S. Kerr Avenue, 12th Floor
                                      Oklahoma City, OK 73102
                                      Telephone: +1.405.232.4633
                                      Facsimile: +1.405.232.3462
                                      Larryottaway@oklahomacounsel.com
                                      Amyfischer@oklahomacounsel.com

                                      **ATTORNEYS FOR DEFENDANTS**
                                      **WALMART INC. AND WAL-MART**
                                      **STORES EAST, LP**

# CERTIFICATE OF SERVICE

[X] I hereby certify that on this ___26TH___ day of August, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**Counsel for Plaintiffs**

MATTHEW J. SILL, OBA #21547
HARRISON C. LUJAN, OBA #30154
**FULMER SILL, PLLC**
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Tel: 405-510-0077
Fax: 800-978-1345
msill@fulmersill.com
hlujan@fulmersill.com

          *s/Amy Sherry Fischer*
          Amy Sherry Fischer