# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BOARD OF COUNTY COMMISSIONERS OF ATOKA COUNTY, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 5:22-cv-00747-HE |
| v. | )<br>) |
| (1) WALMART INC., f/k/a/ WAL-MART STORES, INC., et al. | )<br>)<br>) |
| Defendants. | |

## DEFENDANTS WALMART INC. AND WAL-MART STORES EAST, LP'S CORPORATE DISCLOSURE STATEMENT

Pursuant to rule 7.1 of the Federal Rule of Civil Procedure and Local Rule 7.1.1, the undersigned counsel of record for Defendants Walmart Inc. and Wal-Mart Stores East, LP, states:

1. Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner.

2. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company whose sole member is Walmart Inc.

3. Walmart Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: August 26, 2022

                        Respectfully submitted,

                        *s/ Amy Sherry Fischer*
                        Larry D. Ottaway, OBA #6816
                        Amy Sherry Fischer, OBA #16651
                        Foliart, Huff, Ottaway, & Bottom
                        201 Robert S. Kerr Avenue, 12th Floor
                        Oklahoma City, OK 73102
                        Telephone: +1.405.232.4633
                        Facsimile: +1.405.232.3462
                        Larryottaway@oklahomacounsel.com
                        Amyfischer@oklahomacounsel.com

                        **ATTORNEYS FOR DEFENDANTS WALMART INC. AND WAL-MART STORES EAST, LP**

# CERTIFICATE OF SERVICE

        I hereby certify that on this 26th day of August 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**Counsel for Plaintiffs**

MATTHEW J. SILL, OBA #21547
HARRISON C. LUJAN, OBA #30154
**FULMER SILL, PLLC**
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Tel: 405-510-0077
Fax: 800-978-1345
msill@fulmersill.com
hlujan@fulmersill.com

        *s/Amy Sherry Fischer*
        Amy Sherry Fischer